UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3158 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| JOHN A. STYERS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1. the Request for Hearing on Rule 35(b) Motion, filing 39, is granted;

2. the hearing will be held on December 13, 2006, at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3. counsel for the defendant has indicated that the defendant wants to participate in the hearing by telephone. Counsel shall provide to the court the telephone number where the defendant can be reached at the time of the hearing no later than December 12, 2006.

Dated December 7, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge