IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:03CR3158 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH A. STYERS, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

IT IS ORDERED that:

1. the Motion to Continue Hearing, filing 56, is granted;

2. the revocation hearing is continued to February 25, 2009, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated January 20, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge