IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:03CR3158 |
| ) | |
| v. ) | |
| ) | |
| JOSEPH A. STYERS, ) | ORDER GRANTING ORAL MOTION TO |
| ) | CONTINUE REVOCATION HEARING |
| Defendant. ) | |
| ) | |

    Counsel for the defendant orally requested, during a conference call with chambers and Assistant United States Attorney Janice Lipvosky, a continuance in the revocation hearing due to the recent sentencing in state court of the defendant and a conflict in counsel's schedule. No opposition to the request was made by the government.

    IT IS ORDERED that:

1. the oral motion to continue revocation hearing is granted;

2. the revocation hearing is continued to March 4, 2009, at 2:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated February 24, 2009.

                                 BY THE COURT

                                 s/ Warren K. Urbom
                                 United States Senior District Judge